## Commonwealth ex rel. Young, Appellant, *v.* Maroney.

Submitted January 7, 1966. Before BELL, C. J., MUSMANNO, JONES, EAGEN, O'BRIEN and ROBERTS, JJ.

*Jesse Young,* appellant, in propria persona.

*Joseph M. Smith,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for appellee.

OPINION PER CURIAM, June 24, 1966:
Order affirmed.

Mr. Justice COHEN took no part in the consideration or decision of this case.